UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 18-09469 |
| | ) | |
| PEGGY KONTOS, | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | |
| Debtor. | ) | |

### Certificate Of Service

I, Steven R. Radtke, hereby certify that on **November 6, 2018**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/  Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

KontosWiabelNFRCrtSrv

SERVICE LIST
PEGGY KONTOS, DEBTOR
CASE NO. 18-09469

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Peggy Kontos
8513 W. North Terrace
Niles, IL  60714

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk VA 23541-1067

Midland Funding, LLC
Midland Credit Management, Inc.
as agent for Midland Funding, LLC
PO Box 2011
Warren, MI 48090-2011

|

KontosTFRSrvList

1