# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Peggy Kontos | § | Case No. 18-09469 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 600.00 *(Without deducting any secured claims)* | Assets Exempt: 15,197.38 |
| Total Distributions to Claimants: 3,965.62 | Claims Discharged Without Payment: 78,666.90 |
| Total Expenses of Administration: 1,284.38 | |

3) Total gross receipts of $ 5,250.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,250.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,284.38 | 1,284.38 | 1,284.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 82,505.00 | 20,186.52 | 20,186.52 | 3,965.62 |
| **TOTAL DISBURSEMENTS** | $ 82,505.00 | $ 21,470.90 | $ 21,470.90 | $ 5,250.00 |

4) This case was originally filed under chapter 7 on 03/30/2018 . The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/20/2018         By:/s/STEVEN R. RADTKE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2013 Acura Ilx Mileage: 37000 | 1129-000 | 4,764.94 |
| Federal, State, & Possible Refund For 2018 Taxes, To Be Fil | 1129-000 | 485.06 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,250.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 1,275.00 | 1,275.00 | 1,275.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 9.38 | 9.38 | 9.38 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,284.38 | $ 1,284.38 | $ 1,284.38 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bankamerica, Po Box 982238 El Paso, TX 79998 | | 11,214.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware, P.o. Box 8803 Wilmington, DE 19899 | | 6,218.00 | NA | NA | 0.00 |
| | Bk Of Amer, Po Box 982238 El Paso, TX 79998 | | 6,700.00 | NA | NA | 0.00 |
| | Chase Card, P.o. Box 15298 Wilmington, DE 19850 | | 12,279.00 | NA | NA | 0.00 |
| | Comenity Bank/carsons, Po Box 182789 Columbus, OH 43218 | | 5,788.00 | NA | NA | 0.00 |
| | Dsnb Macys, Po Box 8218 Mason, OH 45040 | | 2,878.00 | NA | NA | 0.00 |
| | Nordstrom/td Bank Usa, 13531 E Caley Ave Englewood, CO 80111 | | 17,369.00 | NA | NA | 0.00 |
| 1 | Discover Bank | 7100-000 | 6,823.00 | 6,823.59 | 6,823.59 | 1,340.49 |
| 3 | Midland Funding, Llc | 7100-000 | 3,793.00 | 3,843.30 | 3,843.30 | 755.01 |
| 4 | Midland Funding, Llc | 7100-000 | 4,012.00 | 4,050.33 | 4,050.33 | 795.68 |
| 2 | Portfolio Recovery Associates, Llc | 7100-000 | 5,431.00 | 5,469.30 | 5,469.30 | 1,074.44 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 82,505.00 | $ 20,186.52 | $ 20,186.52 | $ 3,965.62 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 18-09469 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Peggy Kontos | | | | Date Filed (f) or Converted (c): | 03/30/2018 (f) |
| | | | | | 341(a) Meeting Date: | 05/14/2018 |
| For Period Ending: | 12/20/2018 | | | | Claims Bar Date: | 08/16/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2013 Acura Ilx Mileage: 37000 | 11,000.00 | 5,340.84 | | 4,764.94 | FA |
| 2. Ipad, Laptop Computer | 600.00 | 0.00 | | 0.00 | FA |
| 3. Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 4. Bank Of America, N.A. | 149.94 | 0.00 | | 0.00 | FA |
| 5. Jp Morgan Chase, N.A. | 279.93 | 0.00 | | 0.00 | FA |
| 6. Jp Morgan Chase, N.A. | 21.03 | 0.00 | | 0.00 | FA |
| 7. Illinois Municipal Retirement Fund | 5,547.38 | 0.00 | | 0.00 | FA |
| 8. Bank Of America, N.A. | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. Federal, State, & Possible Refund For 2018 Taxes, To Be Fil | 600.00 | 485.06 | | 485.06 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $21,448.28       $5,825.90       $5,250.00       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/2018  Trustee made demand for turnover of value of estate's interest in property and tax refunds

5/2018  Possible purchase of Trustee's right title and interest in Debtor's 2013 Acura automobile

Initial Projected Date of Final Report (TFR): 12/31/2018       Current Projected Date of Final Report (TFR): 12/31/2018

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 18-09469 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Peggy Kontos | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6461 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0183 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/20/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/02/18 | | Peggy Kontos | Payment on settlement of estate's equity in Debtor's assets (car and tax refunds) | | $5,250.00 | | $5,250.00 |
| | | | Gross Receipts         $5,250.00 | | | | |
| | 1 | | 2013 Acura Ilx Mileage: 37000    $4,764.94 | 1129-000 | | | |
| | 9 | | Federal, State, &    $485.06 Possible Refund For 2018 Taxes, To Be Fil | 1129-000 | | | |
| 12/10/18 | 1001 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. | 2100-000 | | $1,275.00 | $3,975.00 |
| 12/10/18 | 1002 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. | 2200-000 | | $9.38 | $3,965.62 |
| 12/10/18 | 1003 | Discover Bank Discover Products Inc Po Box 3025 New Albany, Oh 43054-3025 | Final distribution to claim 1 creditor account # debtor SS#<debtor ssn masked> representing a payment of 19.64 % per court order. | 7100-000 | | $1,340.49 | $2,625.13 |
| 12/10/18 | 1004 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Wal-Mart) Pob 41067 Norfolk, Va 23541 | Final distribution to claim 2 creditor account # debtor SS#<debtor ssn masked> representing a payment of 19.64 % per court order. | 7100-000 | | $1,074.44 | $1,550.69 |
| 12/10/18 | 1005 | Midland Funding, Llc Midland Credit Management, Inc. As Agent For Midland Funding, Llc Po Box 2011 Warren, Mi 48090 | Final distribution to claim 3 creditor account # debtor SS#<debtor ssn masked> representing a payment of 19.64 % per court order. | 7100-000 | | $755.01 | $795.68 |
| | | | Page Subtotals: | | $5,250.00 | $4,454.32 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 18-09469 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Peggy Kontos | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6461 |
| | Checking |
| Taxpayer ID No: XX-XXX0183 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/20/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/10/18 | 1006 | Midland Funding, Llc<br>Midland Credit Management, Inc. As Agent For<br>Midland Funding, Llc<br>Po Box 2011<br>Warren, Mi 48090 | Final distribution to claim 4 creditor account # debtor SS#<debtor ssn masked> representing a payment of 19.64 % per court order. | 7100-000 | | $795.68 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $5,250.00 | $5,250.00 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $5,250.00 | $5,250.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $5,250.00 | $5,250.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $795.68 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6461 - Checking | $5,250.00 | $5,250.00 | $0.00 |
|  | $5,250.00 | $5,250.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,250.00 |
| Total Gross Receipts: | $5,250.00 |